IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JACK A. BURGE, II                                                                                              PLAINTIFF

vs.                                                Civil No. 4:23-cv-04004

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                                         DEFENDANT

## ORDER

Plaintiff has filed a complaint in this matter together with a request for leave to proceed *in forma pauperis*. After review, it is found Plaintiff is unable to pay the filing fee in this matter. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Proceed *in forma pauperis* is **GRANTED.**

**IT IS SO ORDERED THIS 30th DAY OF JANUARY 2023.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE