IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JACK A. BURGE, II                                                                              PLAINTIFF

v.                                    CIVIL NO. 23-cv-4004

MARTIN J. O'MALLEY, Commissioner                                       DEFENDANT
Social Security Administration

## JUDGMENT

For reasons stated in a memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

**IT IS SO ORDERED AND ADJUDGED this 3rd day of January 2024.**

/s/ Christy Comstock
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE